Kyle Schumacher (121887)
kschumacher@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Kathryn Figueroa

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON — PORTLAND DIVISION

| KATHRYN FIGUEROA,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANK, N.A., et. al.<br><br>Defendants. | Federal Case No.: 3:18-cv-01071-JR<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS U.S. BANK, N.A., ELAN FINANCIAL SERVICES, AND DOES 1-100 PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |
|---|---|

**PLEASE TAKE NOTICE** that Plaintiff Kathryn Figueroa, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant U.S. Bank, N.A., Elan Financial Services, and Does 1-100 as to all claims in this action, with prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

(a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

1
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT

1  Defendant U.S. Bank, N.A., Elan Financial Services, and Does 1-100 have neither
2  answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, the
3  matter may be dismissed against it for all purposes and without an Order of the Court.

Dated: October 4, 2018                                            Sagaria Law, P.C.

                                        By:        /s/ Kyle Schumacher
                                                        Kyle Schumacher
                                              Attorneys for Plaintiff
                                              Kathryn Figueroa